UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                      Case No. 22-CR-58

DUANE WAUPOOSE, JR.,

    Defendant.

---

## ORDER GRANTING MOTION TO APPEAL *IN FORMA PAUPERIS*

---

On June 2, 2023, Defendant Duane Waupoose, Jr., was sentenced to fourteen years in prison after a jury found him guilty of Voluntary Manslaughter, Assault with a Dangerous Weapon, and Knowingly Using a Firearm During and in Relation to a Crime of Violence. Waupoose was represented in this matter by his privately retained attorney, Jevon Jones Jaconi, who has filed a motion to withdraw as counsel with the Court of Appeals. That motion is currently under consideration pending the district court's decision on Waupoose's motion to proceed on appeal *in forma pauperis*.

Waupoose's appellate filing fee of $505.00 was paid on June 26, 2023. The financial affidavit filed in support of his petition notes Waupoose is no longer employed and has no income or assets. The court is satisfied that Waupoose is eligible to proceed on appeal *in forma pauperis* and his motion is granted.

**IT IS THEREFORE ORDERED** that Waupoose's motion to appeal *in forma pauperis* is **GRANTED**.

Dated at Green Bay, Wisconsin this 7th day of July, 2023.

                                                  s/ William C. Griesbach
                                                  William C. Griesbach
                                                  United States District Judge